B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ingold Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-0276170** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**525 17th St. NW**<br>**Hickory, NC**                    ZIP Code **28601** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Catawba** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1870**<br>**Hickory, NC**                    ZIP Code **28603** | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)** Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ingold Company, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ingold Company, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ J. Samuel Gorham, III**
Signature of Attorney for Debtor(s)

**J. Samuel Gorham, III 1692**
Printed Name of Attorney for Debtor(s)

**Gorham, Crone, Green & Steele, LLP**
Firm Name

**27 First Avenue NE, Suite 203**
**Post Office Box 2507**
**Hickory, NC 28603**
Address

**(828) 322-5505  Fax: (828) 328-1882**
Telephone Number

**August 28, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alice S. Herman**
Signature of Authorized Individual

**Alice S. Herman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 28, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

CONSENT OF BOARD OF DIRECTORS
OF
INGOLD COMPANY, INCORPORATED

The undersigned, being all of the Directors of Ingold Company, Incorporated (hereinafter referred to as "Corporation"), hereby waive the requirement of notice and consent to take the following action on behalf of the Corporation:

WHEREAS, the Board of Directors, after reviewing the financial condition of the Corporation, has agreed that it is in the best interest of the Corporation, its stockholders, and creditors, to seek relief under Chapter 7 of the United States Bankruptcy Code.

NOW, THEREFORE, the following resolutions and actions are hereby adopted:

RESOLVED, that the Officers of the Corporation are hereby authorized and directed to execute and file on behalf of the Corporation a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina;

FURTHER RESOLVED, that the Officers of the Corporation are hereby authorized and directed to prepare and execute any and all schedules, documents, or pleadings as required to accompany the petition or as necessary in the administration of the Chapter 7 case;

FURTHER RESOLVED, that the Officers of the Corporation are hereby authorized and directed to retain the law firm of Gorham, Crone, Green & Steele, LLP (the "Law Firm") and its attorneys upon terms acceptable to the Officers to represent the Corporation in the Chapter 7 case and in any and all related proceedings; and

FURTHER RESOLVED, that the Law Firm is hereby authorized to act on behalf of the Corporation as a Debtor in connection with the Chapter 7 case and any and all related proceedings under the terms and conditions as the Officers and Law Firm may agree.

FURTHER RESOLVED, that this document may be signed in counterparts.

Dated: August 18 , 2009.

_____
Alice S. Herman

_____
Phoebe I. Spratt

_____
C. Jean Spratt

_____
Walter Andrew Spratt

_____
Barney M. Spratt

B6D (Official Form 6D) (12/07)

In re    **Ingold Company, Inc.**                                                                      Case No. _____
                                                                                    ,
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Secured Line of Credit** | | | | | |
| **Bank of Granite** **P.O. Box 578** **Hickory, NC 28603** | | - | **(Cross-collateralized with First Deed of Trust) Accounts Receivable, inventory, machinery and equipment, office furniture and equipment, and commercial real property** | | | | | |
| | | | Value $        **1,215,000.00** | | | | **151,233.33** | **0.00** |
| Account No. | | | | | | | | |
| **Representing:** **Bank of Granite** | | | Lance P. Martin, Esq. **Ward and Smith** **BB&T Building, Ste. 1403** **One West Pack Square** **Asheville, NC 28807** | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **First Deed of Trust** | | | | | |
| **Bank of Granite** **P.O. Box 578** **Hickory, NC 28603** | | - | **(Cross-collateralized with Secured Line of Credit) Commercial real property, accounts receivable, inventory, machinery and equipment, office furniture and equipment** | | | | | |
| | | | Value $        **1,215,000.00** | | | | **549,296.27** | **0.00** |
| Account No. | | | | | | | | |
| **Representing:** **Bank of Granite** | | | Lance P. Martin, Esq. **Ward and Smith** **BB&T Building, Ste. 1403** **One West Pack Square** **Asheville, NC 28807** | | | | | |
| | | | Value $ | | | | | |
| ___**2**___ continuation sheets attached | | | Subtotal (Total of this page) | | | | **700,529.60** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ingold Company, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Purchase Money Security | | | | | |
| **Black Pontiac Buick GMC 809 Salisbury Rd. Statesville, NC 28625** | | - | **Financing Agreement - 2008 GMC Sierra 3500 Truck; purchase price $32,692.35 plus interest - 1/16/08** | | | | | |
| | | | Value $            26,000.00 | | | | 25,110.82 | 0.00 |
| Account No. | | | Purchase Money Security | | | | | |
| **Black Pontiac Buick GMC 809 Salisbury Rd. Statesville, NC 28625** | | - | **Financing Agreement - 2008 GMC Sierra 3600 Truck; purchase price $35,342.35 plus interest - 1/16/08.** | | | | | |
| | | | Value $            26,000.00 | | | | 25,110.82 | 0.00 |
| Account No. | | | Purchase Money Security | | | | | |
| **FMC c/o Finish Line Ford 1011 Folger Dr. Statesville, NC 28625** | | - | **Financing Agreement - 2005 F150 Ford Truck; purchase price $19,248.80 plus interest - 9/9/08** | | | | | |
| | | | Value $            16,000.00 | | | | 15,249.12 | 0.00 |
| Account No. | | | | | | | | |
| **Representing: FMC** | | | **Ford Credit Box 105697 Atlanta, GA 30348-5697** | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | Purchase Money Security | | | | | |
| **GMAC P.O. Box 674 Minneapolis, MN 55440-0674** | | - | **Financing Agreement - 2006 GMC Crew Truck; purchase price $18,287.35 plus interest - 1/25/08** | | | | | |
| | | | Value $            14,000.00 | | | | 13,218.33 | 0.00 |

Sheet  **1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 78,689.09 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No.<br><br>**Representing:**<br>**GMAC** | | | **Bush Inc.**<br>**2581 Hickory Blvd. SE**<br>**Lenoir, NC 28645**<br><br>Value $ | | | | | |
| Account No.<br><br>**Representing:**<br>**GMAC** | | | **GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290-1948**<br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 779,218.69 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re     **Ingold Company, Inc.**                                                    ,          Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**11**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ingold Company, Inc.**                              ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | **Notice Only** | | | | | | |
| NC Child Support Centralized Collections P.O. Box 9000012 Raleigh, NC 27675-9012 | - | | | **Various child support garnishments - Burns, Hildebran(3), Hopper, Light, Navarro, Setzer, Webb** | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **1**  of  **11**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    ,          Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Notice Only | | | | | |
| Alice S. Herman 35 Loudonya Lane P.O. Box 1234 Hickory, NC 28603 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice Only | | | | | |
| Archie W. Seagle 4849 Free Mason Road Hudson, NC 28638 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice Only | | | | | |
| Auby Mosteller 4291 Horseshoe Bend Road Hudson, NC 28638 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice Only | | | | | |
| Betty P. Reep 2045 Montclair Circle Hickory, NC 28602 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice Only | | | | | |
| Bobby H. White Jr 2601 Zion Church Road Hickory, NC 28602 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet **2** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Notice Only | | | | | | | |
| Bobby H. White Sr 178 Cedar Valley Road Hudson, NC 28638 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | Notice Only | | | | | | | |
| Brian D. Price 105 Sipe Rd Taylorsville, NC 28681 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | Notice Only | | | | | | | |
| Brian McReynolds 3895 Clay St Claremont, NC 28610-8010 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | Notice Only | | | | | | | |
| Carol Ray Hildebran 8206 Payton Ln Connelly Springs, NC 28612-7790 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | Notice Only | | | | | | | |
| Charles Alton Ellis 116 Fox Fire Lane Kings Mountain, NC 28086 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet **3** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Notice Only | | | | | | |
| Charles Byrd 424 20th Ave NE Hickory, NC 28601 | | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Only | | | | | | |
| Charles Ray Hildebran 954 Airport Rhodhiss Rd Hickory, NC 28601 | | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Only | | | | | | |
| Connie A. Morrison 225 Ashbrook Rd Statesville, NC 28677 | | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Only | | | | | | |
| Danny W. Perkins P.O. Box 817 Icard, NC 28666 | | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Only | | | | | | |
| David Carl Light II 4420 Hwy 16 N Conover, NC 28613 | | - | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |

Sheet __4__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00         0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Ingold Company, Inc.** _____,     Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| Earnest F. Seats 2831 - 1st Ave Pl NW Hickory, NC 28601-5616 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Elbert Earl Thomas 1120 Basin Creek Dr Taylorsville, NC 28681-9593 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Felipe D. Navarro 1840 Simonton Rd Apt E Statesville, NC 28625-5020 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Fred Glen Junior Swink 8166 Wards Gap Road Connelly Springs, NC 28612 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Fred Ray Hildebran 5327 Ruth Dr Hickory, NC 28602 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **5** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Ingold Company, Inc.**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| James Estep 2990 Spring Grove Loop Connelly Springs, NC 28612 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| K. Lex Teague 3853 Grace Chapel Road Granite Falls, NC 28630 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Kraig J. Hubner 1850 Leonards Fork Church Rd Crouse, NC 28033 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Marvin Asa Chapman 124 Catawba Mall Blvd Hickory, NC 28602 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Michael E. Wright 5424 Glenview Dr Hickory, NC 28602 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet  **6**   of  **11**   continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     0.00          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| Michael Lee Webb 224 16th St SW Hickory, NC 28602 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Michael R. Wright 111 Wooded Lane Shelby, NC 28152 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Milton Wesley Setzer 15 Circle St Granite Falls, NC 28630 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Richard A. Pelfrey 12 West Highland Ave. Granite Falls, NC 28630 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Ruby M. Burns P.O. Box 872 Granite Falls, NC 28630 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __7__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 0.00 | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                          ,       Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> **Steven Scott Clay** <br> **501C Highridge Drive** <br> **Morganton, NC 28655** | - | | Notice Only <br><br><br><br><br> | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Thomas F. Rykaceski** <br> **3817 31st St Lane NE** <br> **Hickory, NC 28601** | - | | Notice Only <br><br><br><br><br> | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Timothy Hopper** <br> **105 Myers St** <br> **Kings Mountain, NC 28086** | - | | Notice Only <br><br><br><br><br> | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Tony L. Moore** <br> **1238 Beechwood Drive** <br> **Newton, NC 28658** | - | | Notice Only <br><br><br><br><br> | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Wayne Burns** <br> **4490 Burns Rd** <br> **Granite Falls, NC 28630** | - | | Notice Only <br><br><br><br><br> | | | | 0.00 | 0.00 <br><br> 0.00 |

Sheet __8__ of __11__ continuation sheets attached to                          Subtotal                     0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          0.00          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| **Wayne S. Winkler** **13 Central Avenue** **Granite Falls, NC 28630** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __9__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Ingold Company, Inc.**                                          ,      Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Catawba County Tax Collector** P.O. Box 580510 Charlotte, NC 28258-0510 | - | | 1/1/09 ad valorem property taxes and vehicle taxes | | | | 13,314.96 | 0.00 / 13,314.96 |
| Account No. **Representing: Catawba County Tax Collector** | | | **Catawba County Tax Collector** P.O. Box 368 Newton, NC 28658-0368 | | | | | |
| Account No. **Employment Security Commission of N.C.** Tax Dept. Attn: Richard Munns P.O. Box 26504 Raleigh, NC 27611 | - | | **NC - 2nd Qtr. 2009 Unemployment Tax** | | | | 8,655.69 | 0.00 / 8,655.69 |
| Account No. **Internal Revenue Service** Special Procedures 320 Federal Place Greensboro, NC 27401 | - | | **Third and Fourth quarters, Forms 940 and 941** | | | | Unknown | Unknown / 0.00 |
| Account No. **Representing: Internal Revenue Service** | | | **Internal Revenue Service** Atlanta, GA 39901-0002 | | | | | |

Sheet __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 21,970.65 | 21,970.65 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Ingold Company, Inc.**                                    ,        Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing: Internal Revenue Service** | | | **Internal Revenue Service P.O. Box 105572 Atlanta, GA 39901-0002** | | | | | | |
| Account No. <br><br> **Representing: Internal Revenue Service** | | | **Internal Revenue Service Cincinnati, OH 45999-0030** | | | | | | |
| Account No. <br><br> **Representing: Internal Revenue Service** | | | **Internal Revenue Service P.O. Box 2502 Memphis, TN 38101** | | | | | | |
| Account No. <br><br> **NC Dept. of Revenue P.O. Box 25000 Raleigh, NC 27640** | - | | **Notice Only** | | | | 0.00 | 0.00 | |
| Account No. <br><br> **Representing: NC Dept. of Revenue** | | | **NC Department of Revenue Attn: USUB Bldg. 8 5111 Nations Crossing Charlotte, NC 28217** | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __11__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | 0.00 <br> 0.00 |
| | Total (Report on Summary of Schedules) | 21,970.65 | 0.00 <br> 21,970.65 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Ingold Company, Inc.**                                          ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Trade Creditor | | | | |
| A Better Connection P.O. Box 2875 Hickory, NC 28603 | - | | | | | | | | 480.00 |
| Account No. | | | | | Trade Creditor | | | | |
| A SANI-CAN Service, Inc. 8151 Webbs Road Denver, NC 28037 | | | | | | | | | 225.60 |
| Account No. | | | | | Trade Creditor | | | | |
| A-Pennell Crane Service 2367 27th Street NE Hickory, NC 28601 | - | | | | | | | | 225.00 |
| Account No. | | | | | Trade Creditor | | | | |
| AAA Cooper Transportation P.O. Box 102442 Atlanta, GA 30368-2442 | - | | | | | | | | 2,796.16 |

___44___ continuation sheets attached

Subtotal
(Total of this page)          3,726.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:34055-090728   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                    ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor | | | | |
| **ABC Supply Co., Inc.**<br>**301 Perimeter Point Blvd**<br>**Winston Salem, NC 27105-3543** | | - | | | | | 2,261.19 |
| Account No. | | | Trade Creditor | | | | |
| **Abernethy Welding**<br>**2267 Welding Shop Rd.**<br>**Vale, NC 28168** | | - | | | | | 227.35 |
| Account No. | | | Trade Creditor | | | | |
| **Accent Imaging, Inc.**<br>**6503 Hilburn Drive**<br>**Raleigh, NC 27613** | | - | | | | | 340.60 |
| Account No. | | | Trade Creditor | | | | |
| **Ace Hardware, Inc.**<br>**2310 N. Center St.**<br>**Hickory, NC 28601** | | - | | | | | 69.75 |
| Account No. | | | Trade Creditor | | | | |
| **Aiken-Black Tire Service**<br>**P.O. Box 1605**<br>**Hickory, NC 28603** | | - | | | | | 1,588.07 |

Sheet no. __1___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,486.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Airgas National Welders P.O. Box 601985 Charlotte, NC 28260-1985** | - | | | | | | 0.00 |
| Account No. | | | Loans to company - 5/20/09, 6/25/09, 7/2/09 | | | | |
| **Alice S. Herman 35 Loudonya Lane P.O. Box 1234 Hickory, NC 28603** | - | | | | | | 249,497.96 |
| Account No. | | | Trade Creditor | | | | |
| **All Glass Inc. 262 1st Avenue SE Hickory, NC 28602** | - | | | | | | 287.92 |
| Account No. | | | Trade Creditor | | | | |
| **Allied Industrial Supply, Inc. P.O. Box 3525 Hickory, NC 28603** | - | | | | | | 4,503.54 |
| Account No. | | | Trade Creditor | | | | |
| **Alvarez Roofing Co. 1247 First Street Eden, NC 27288** | - | | | | | | 24,000.00 |

Sheet no. __2__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

278,289.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                              ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Industries, Inc.** P.O. Box 1405 Lumberton, NC 28359-1405 | - | | Trade Creditor | | | | 281.61 |
| Account No. **American Interstate Insurance** Attention: Treasury Dept. P.O. Drawer 1570 Deridder, LA 70634-1570 | - | | Notice only | | | | 0.00 |
| Account No. **American South General Contractors, Inc.** P.O. Drawer 10 Sanford, NC 27331 | - | | Notice Only | | | | 0.00 |
| Account No. **Anything Office, Inc.** P.O. Box 898 Lenoir, NC 28645 | - | | Trade Creditor | | | | 1,660.11 |
| Account No. **xxx-xxx-xxx4-001** **AT&T** P.O. Box 9001309 Louisville, KY 40290-1309 | - | | Trade Creditor | | | | 114.64 |

Sheet no. __3__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,056.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B & S Boiler Repair 3630 Herman Sipe Road Conover, NC 28613** | - | | Trade Creditor | | | | 17,910.00 |
| Account No. **Barney M. Spratt, Jr. No. 5, 1723 South Ponce de Leon Ave., NE Atlanta, GA 30307** | - | | Loan to company - 7/22/09 | | | | 2,500.00 |
| Account No. **BB&T Cline Southern P.O. Box 890635 Charlotte, NC 28289-0635** | - | | Notice only | | | | 0.00 |
| Account No. Representing: **BB&T Cline Southern** | | | BB&T Cline Southern Ins. Services 1119 2nd Street NE Hickory, NC 28601 | | | | |
| Account No. **Bearing Distributors, Inc P.O. Box 887 Columbia, SC 29202** | - | | Trade Creditor | | | | 128.62 |

| | | |
|---|---|---|
| Sheet no. __4__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 20,538.62 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Benco Steel, Inc.**<br>**P.O. Box 2053**<br>**Hickory, NC 28603** | | - | **Trade Creditor** | | | | 3,718.36 |
| Account No. **xxxxx-xxxxxx2390** <br><br>**Best Distributing Co.**<br>**P.O. Box 75368**<br>**Charlotte, NC 28275-0368** | | - | **Trade Creditor** | | | | 557.25 |
| Account No. <br><br>**Representing:**<br>**Best Distributing Co.** | | | **Transworld Systems, Inc.**<br>**8801 JM Keynes Dr., #300**<br>**Charlotte, NC 28262** | | | | |
| Account No. <br><br>**Big Rock Supply**<br>**330 Meyer Road**<br>**Bensenville, IL 60106** | | - | **Trade Creditor** | | | | 301.60 |
| Account No. <br><br>**Blackmon Services Inc**<br>**1601 Cross Beam Drive**<br>**Charlotte, NC 28217** | | - | **Trade Creditor** | | | | 1,297.50 |

Sheet no. __5__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,874.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                        ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blue Cross Blue Shield of Group Insurance Services, Inc**<br>**P.O. Box 580017**<br>**Charlotte, NC 28258-0017** | - | | Notice only | | | | 0.00 |
| Account No.<br><br>**Bolt & Tool Supply of Hickory**<br>**416 9th Street SE**<br>**Hickory, NC 28602** | - | | Trade Creditor | | | | 164.66 |
| Account No.<br><br>**Bradco Supply Corporation**<br>**P.O. Box 281328**<br>**Atlanta, GA 30384-1328** | - | | Trade Creditor | | | | 4,346.17 |
| Account No.<br><br>**Builders Mutual Insurance Company**<br>**P.O. Box 900017**<br>**Raleigh, NC 27675-9017** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Bureau Veritas -**<br>**One CIS Insurance**<br>**P.O. Box 277908**<br>**Atlanta, GA 30384-7908** | - | | Trade Creditor | | | | 930.00 |

Sheet no. __6__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      5,440.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ingold Company, Inc.**                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                             Trade Creditor | | - | | | | | | |
| **Burnham Commercial Burnham Holdings 1241 Harrisburg Pike Lancaster, PA 17604** | | | | | | | | **3,500.00** |
| Account No. | | | | **Manufacturers Clearing House 4875 North Elston Ave. Chicago, IL 60630-2598** | | | | |
| **Representing: Burnham Commercial** | | | | | | | | |
| Account No.                                             Trade Creditor | | - | | | | | | |
| **Cadcopy & Supply 513 South Dekalb St Shelby, NC 28150** | | | | | | | | **15.83** |
| Account No.                                             License Fees | | - | | | | | | |
| **Caldwell County Bldg Inspection Dept. P.O. Box 2200 Lenoir, NC 28645** | | | | | | | | **95.00** |
| Account No.                                             Trade Creditor | | - | | | | | | |
| **Caldwell County Railroad 107 Inglewood Drive Morganton, NC 28655** | | | | | | | | **200.00** |

Sheet no. __7__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,810.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Caldwell County Schools**<br>**1914 Hickory Blvd SW**<br>**Lenoir, NC 28645** | - | | **Construction Contract - Notice Only** | | | | **Unknown** |
| Account No.<br><br>**Canipe & Lynn Electric Motor**<br>**P.O. Box 1422**<br>**Hickory, NC 28603-1400** | - | | **Trade Creditor** | | | | **282.37** |
| Account No.<br><br>**Carolina Connections, Inc**<br>**P.O. Box 1604**<br>**Mount Airy, NC 27030** | - | | **Trade Creditor** | | | | **964.00** |
| Account No.<br><br>**Carolina Construction**<br>**P.O. Box 1058**<br>**Hickory, NC 28603** | - | | **Notice only** | | | | **0.00** |
| Account No.<br><br>**Carolina Tractor & Equipment Co.**<br>**P.O. Box 75054**<br>**Charlotte, NC 28275-0054** | - | | **Trade Creditor** | | | | **1,375.63** |

Sheet no. __8___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,622.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                                  ,          Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carrier North Carolina**<br>**P.O. Box 905957**<br>**Charlotte, NC 28290-5957** | | - | **Trade Creditor** | | | | 3,418.43 |
| Account No.<br><br>**Representing:**<br>**Carrier North Carolina** | | | **General Auditing Bureau**<br>**P.O. Box 9658**<br>**Minneapolis, MN 55440-9658** | | | | |
| Account No.<br><br>**Catawba County Board of Education**<br>**P.O. Box 1010**<br>**Newton, NC 28658** | | - | **Notice only** | | | | 0.00 |
| Account No.<br><br>**Catawba Valley Building Supply**<br>**345 First Avenue S.W.**<br>**Hickory, NC 28602** | | - | **Trade Creditor** | | | | 177.82 |
| Account No.<br><br>**Catawba Valley Supply, Inc.**<br>**P.O. Box 326**<br>**Newton, NC 28658** | | - | **Trade Creditor** | | | | 126.73 |

Sheet no. __9__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,722.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CBSA Architects**<br>**P.O. Box 1239**<br>**Hickory, NC 28603** | - | | **Notice only** | | | | **0.00** |
| Account No.<br><br>Representing:<br>**CBSA Architects** | | | **CBSA Architects**<br>**226 Second Street, NW**<br>**Hickory, NC 28601** | | | | |
| Account No.<br><br>**CC Dickson Co.**<br>**P.O. Box 13501**<br>**Rock Hill, SC 29731-3501** | - | | **Trade Creditor** | | | | **9,691.31** |
| Account No.<br><br>Representing:<br>**CC Dickson Co.** | | | **Richmond North Associates**<br>**P.O. Box 963**<br>**Amherst, NY 14226-0963** | | | | |
| Account No.<br><br>**Charlotte Observer**<br>**P.O. Box 70098**<br>**Charlotte, NC 28272-0098** | - | | **Notice only** | | | | **0.00** |

Sheet no. __**10**__ of __**44**__ sheets attached to Schedule of                                    Subtotal                  **9,691.31**
Creditors Holding Unsecured Nonpriority Claims                                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.** ,                                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | - | | Trade Creditor | | | | |
| **Charlotte Valve & Fitting Ridge Valve & Fitting 806 Blakely Court Knoxville, TN 37924** | | | | | | | | | 12,023.74 |
| Account No. | | | - | | Trade Creditor | | | | |
| **Charter Communications P.O. Box 9001941 Louisville, KY 40290-1941** | | | | | | | | | 114.93 |
| Account No. | | | - | | Trade Creditor | | | | |
| **Chem-Dry of Lake Hickory 3806 Steve Ikerd Drive Hickory, NC 28601** | | | | | | | | | 300.00 |
| Account No. **xxxxx-6198** | | | - | | Notice Only | | | | |
| **City of Hickory P.O. Box 398 Hickory, NC 28603** | | | | | | | | | 0.00 |
| Account No. | | | - | | License Fees | | | | |
| **City of Morganton P.O. Drawer 3448 Morganton, NC 28680-3448** | | | | | | | | | 750.00 |

Sheet no. __11__ of __44__ sheets attached to Schedule of            Subtotal                13,188.67
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                    ,      Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trade Creditor | | | | |
| **CMI DBA American Staffing c/o Grandsouth Bank P.O. Box 16659 Greenville, SC 29606** | | | | | | | | 16,842.75 |
| Account No. | | - | | Trade Creditor | | | | |
| **Comfort Inn & Suites 100 Tower Drive Danville, VA 24540** | | | | | | | | 21,764.96 |
| Account No. | | - | | Trade Creditor | | | | |
| **Commercial Roofing Products, Inc. P.O. Box 884 Winston Salem, NC 27102-0884** | | | | | | | | 18,498.96 |
| Account No. | | | | **Michael L. Robinson, Esq. Robinson & Lawing, LLP 101 N. Cherry St. Ste. 720 Winston Salem, NC 27101** | | | | |
| Representing: **Commercial Roofing Products, Inc.** | | | | | | | | |
| Account No. | | - | | Notice only | | | | |
| **Computerplus Sales & Serv 5 Northway Court Greer, SC 29651** | | | | | | | | 0.00 |

Sheet no. __12__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,106.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                  ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Connie A. Morrison**<br>**225 Ashbrook Rd**<br>**Statesville, NC 28677** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Conover Construction & Roofing**<br>**1168 27th Street Drive SE**<br>**Hickory, NC 28602** | - | | **Trade Creditor** | | | | 190.00 |
| Account No.<br><br>**Construction Metal Products**<br>**2204 West Front Street**<br>**Statesville, NC 28677** | - | | **Trade Creditor** | | | | 4,121.04 |
| Account No.<br><br>**Conway Freight**<br>**P.O. Box 982020**<br>**North Richland Hills, TX 76182** | - | | **Trade Creditor** | | | | 350.83 |
| Account No.<br><br>**Representing:**<br>**Conway Freight** | | | **Synter Resource Group, LLC**<br>**P.O. Box 63247**<br>**North Charleston, SC 29419-3247** | | | | |

Sheet no. __13__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,661.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    Case No. _____
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Country Town Tire & Auto 125 8th St Dr S.E. Hickory, NC 28602 | | - | | Trade Creditor | | | | 1,401.97 |
| Account No.  CPI Security Systems P.O. Box 580375 Charlotte, NC 28258-0375 | | - | | Notice only | | | | 0.00 |
| Account No.  Crane & Rigging Corporation P.O. Box 1848 Yadkinville, NC 27055 | | - | | Trade Creditor | | | | 4,884.30 |
| Account No.  Crawford Sprinkler Co. P.O. Box 1430 Hickory, NC 28603 | | - | | Trade Creditor | | | | 98.20 |
| Account No.  Cregger Company, Inc. P.O. Box 2197 Columbia, SC 29202-2197 | | - | | Trade Creditor | | | | 1,913.37 |

Sheet no. __14__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,297.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                          Case No. _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | - | **Trade Creditor** | | | | |
| **CSC Sheet Metal, Inc.**<br>**1310 E. Cornwallis Road**<br>**Durham, NC 27713** | | | | | | | | **1,217.47** |
| Account No. | | | - | **Trade Creditor** | | | | |
| **D & L Parts, Inc.**<br>**P.O. Box 31816**<br>**Charlotte, NC 28231** | | | | | | | | **69.95** |
| Account No. | X | | - | **Collection Complaint filed** | | | | |
| **David E. Looper & Company**<br>**P.O. Box 3224**<br>**Hickory, NC 28603** | | | | | | | | **Unknown** |
| Account No. | | | | **T. Dean Amos, Esq.**<br>**Young, Morphis, Bach & Taylor**<br>**P.O. Drawer 2428**<br>**Hickory, NC 28603** | | | | |
| **Representing:**<br>**David E. Looper & Company** | | | | | | | | |
| Account No. | | | - | **Trade Creditor** | | | | |
| **Davis Trim Shop**<br>**P.O. Box 1661**<br>**Hickory, NC 28603** | | | | | | | | **344.90** |

Sheet no. __**15**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,632.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ingold Company, Inc._____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5275<br>Carol Stream, IL 60197-5275** | - | | | | **Trade Creditor (Lease of computer equipment and software)** | | | | **6,097.46** |
| Account No. **xxxx-xxxx-xxxx-xxx3-291**<br><br>**Dell Financial Services<br>Payment Processing Center<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292** | - | | | | **Trade Creditor (Lease of computer equipment and software)** | | | | **1,313.28** |
| Account No.<br><br>**Dell Financial Services<br>Payment Processing Center<br>4307 Collection Center<br>Chicago, IL 60693** | - | | | | **Trade Creditor (Lease of computer equipment and software)** | | | | **537.92** |
| Account No. **xxx-xxxxxxxx9-002**<br><br>**Dell Financial Services, L.L.C.<br>One Dell Way<br>Round Rock, TX 78682** | - | | | | **Trade Creditor (Lease of computer equipment and software) - Notice Only** | | | | **Unknown** |
| Account No. **xxx-xxxxxxxx9-001**<br><br>**Dell Financial Services, L.P.<br>One Dell Way<br>Round Rock, TX 78682** | - | | | | **Trade Creditor (Lease of computer equipment and software) - Notice Only** | | | | **Unknown** |

Sheet no. __16__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,948.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| **Dental Blue Select Attn Billing Department P.O. Box 2400 Winston Salem, NC 27102** | - | | | | | | 0.00 |
| Account No. | | | Trade Creditor | | | | |
| **Dover Insulation, Inc. 4597 US 70 West Marion, NC 28752** | - | | | | | | 16,569.85 |
| Account No. **xxxxxx2517** | | | Trade Creditor | | | | |
| **Duke Energy P.O. Box 70515 Charlotte, NC 28272-0515** | - | | | | | | 1,000.00 |
| Account No. | | | Trade Creditor | | | | |
| **Dunn & Abee Roofing Equipment 1009 McClelland Ct. Charlotte, NC 28206** | - | | | | | | 3,033.93 |
| Account No. | | | Trade Creditor | | | | |
| **Duro-Last, Inc. 1942 Reliable Pkwy. Chicago, IL 60686** | - | | | | | X | 77,360.87 |

Sheet no. __17__ of __44__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        97,964.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**REPRESENTING:**<br>**Duro-Last, Inc.** | | | | | **FITEC**<br>**P.O. Box 8507**<br>**Kalispell, MT 59904** | | | | |
| Account No.<br><br>**E.A. Metsger, Builder**<br>**P.O. Box 234**<br>**Rutherford College, NC 28671** | | - | | | **Trade Creditor** | | | | 173.75 |
| Account No.<br><br>**E.L. Hilts & Company**<br>**P.O. Box 1789**<br>**Hickory, NC 28603-1789** | | - | | | **Trade Creditor** | | | | 5,539.38 |
| Account No.<br><br>**East Coast Metal Distributor**<br>**P.O. Box 277387**<br>**Atlanta, GA 30384-7387** | | - | | | **Trade Creditor** | | | | 891.34 |
| Account No.<br><br>**EIS Consulting**<br>**2435 Plantation Center Drive**<br>**Suite 210**<br>**Matthews, NC 28105** | | - | | | **Trade Creditor** | | | | 3,315.90 |

Sheet no. __18__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,920.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade Creditor | | | | |
| **Elements Illustrated, Inc** **2714 First Avenue, NW** **Hickory, NC 28601** | | | | | | | | 420.00 |
| Account No. **xxx-xxx-xxx6-682** | | | - | Trade Creditor | | | | |
| **Embarq** **P.O. Box 96064** **Charlotte, NC 28296-0064** | | | | | | | | 752.20 |
| Account No. | | | - | Trade Creditor | | | | |
| **Embarq Yellow Pages** **DEX** **8400 Innovation Way** **Chicago, IL 60682-0084** | | | | | | | | 152.58 |
| Account No. | | | - | Trade Creditor | | | | |
| **Ensco Supply** **P.O. Box 671555** **Dallas, TX 75267-1555** | | | | | | | | 2,764.98 |
| Account No. | | | - | Trade Creditor | | | | |
| **Espey Hardware & Garden S** **Old Hwy 10 West** **P.O. Box 97** **Hildebran, NC 28637** | | | | | | | | 3.66 |

Sheet no. __19__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          4,093.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ingold Company, Inc.** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xxx-060-6** <br><br> **ExxonMobil Fleet/GECC** <br> **Fleet Services** <br> **P.O. Box 5727** <br> **Carol Stream, IL 60197-5727** | | - | | Trade Creditor | | | | 15,171.09 |
| Account No. <br><br> **Fast Tap of NC, Inc.** <br> **7221 Colleton Place** <br> **Charlotte, NC 28270** | | - | | Trade Creditor | | | | 800.00 |
| Account No. <br><br> **Fastenal Company** <br> **P.O. Box 1286** <br> **Winona, MN 55987-1286** | | - | | Trade Creditor | | | | 98.09 |
| Account No. <br><br> **Fastest, Inc.** <br> **P.O. Box 20843** <br> **Wichita, KS 67208-1843** | | - | | Trade Creditor (Lease and maintenance of software) | | | | 788.00 |
| Account No. <br><br> **Fedex** <br> **P.O. Box 371461** <br> **Pittsburgh, PA 15250-7461** | | - | | Trade Creditor | | | | 369.53 |

Sheet no. __20__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,226.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor | | | | |
| **Ferguson Enterprises**<br>**P.O. Box 100286**<br>**Atlanta, GA 30384-0286** | | - | | | | | |
| | | | | | | | 1,511.05 |
| Account No. | | | Trade Creditor | | | | |
| **Flowers Auto Parts**<br>**P.O. Box 1118**<br>**Hickory, NC 28603** | | - | | | | | |
| | | | | | | | 369.73 |
| Account No. | | | Trade Creditor | | | | |
| **Foothills Paint & Equipment**<br>**P.O. Box 747**<br>**Hildebran, NC 28637** | | - | | | | | |
| | | | | | | | 0.70 |
| Account No. | | | Trade Creditor | | | | |
| **Fulbright Pest Control Co**<br>**P.O. Box 627**<br>**Newton, NC 28658** | | - | | | | | |
| | | | | | | | 55.00 |
| Account No. | | | Trade Creditor | | | | |
| **GDS - Forest City**<br>**P.O. Box 9001707**<br>**Louisville, KY 40290-1707** | | - | | | | | |
| | | | | | | | 4,146.01 |

| Sheet no. __21__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,082.49 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ingold Company, Inc.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gemaire Distributors**<br>**2151 West Hillsboro Blvd**<br>**Deerfield Beach, FL 33442** | - | | | **Trade Creditor** | | | | **2,923.06** |
| Account No. **xx7228**<br><br>**Great American Leasing Corp.**<br>**P.O. Box 660831**<br>**Dallas, TX 75266** | - | | | **Trade Creditor (Lease of Kyocera copier)** | | | | **215.08** |
| Account No.<br><br>**Representing:**<br>**Great American Leasing Corp.** | | | | **Great American Leasing Corp.**<br>**P.O. Box 609**<br>**Cedar Rapids, IA 52406-0509** | | | | |
| Account No.<br><br>**Representing:**<br>**Great American Leasing Corp.** | | | | **Kearns Business Solutions**<br>**329 Main Avenue NE**<br>**Hickory, NC 28601** | | | | |
| Account No.<br><br>**Representing:**<br>**Great American Leasing Corp.** | | | | **Kearns Business Solutions**<br>**337 W. Main Street**<br>**Easley, SC 29640** | | | | |

Sheet no. __**22**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,138.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                        ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Creditor | | | | |
| Greensboro Plumbing Supply 501 East Washington Street Greensboro, NC 27401 | X | - | | | | | | | 13,491.10 |
| Account No. | | | | | Trade Creditor | | | | |
| Greer Janitorial and Maintenance Supply P.O. Box 714 Lenoir, NC 28645 | | - | | | | | | | 478.99 |
| Account No. | | | | | Trade Creditor | | | | |
| Griffith's, Inc. P.O. Box 3424 Hickory, NC 28603 | | - | | | | | | | 495.00 |
| Account No. | | | | | Trade Creditor (Collection suit filed) | | | | |
| Gulfeagle Supply P.O. Box 116466 Atlanta, GA 30368-6466 | | - | | | | | | | 11,935.40 |
| Account No. | | | | | Sarah L. DiFranco, Esq. Poyner Spruill 301 S. College Street, Ste. 2300 Charlotte, NC 28202-6021 | | | | |
| Representing: Gulfeagle Supply | | | | | | | | | |

Sheet no. __23__ of __44__ sheets attached to Schedule of                                   Subtotal                           26,400.49
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                              ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor | | | | |
| **Hahn-Mason Air Systems P.O. Box 31248 Charlotte, NC 28231-1248** | - | | | | | | **1,388.65** |
| Account No. | | | Trade Creditor | | | | |
| **Hajoca Corporation Dept. AT 40004 Atlanta, GA 31192** | - | | | | | | **705.63** |
| Account No. | | | Construction Contract - Notice Only | | | | |
| **Haywood Community College 185 Freedlander Dr. Clyde, NC 28271** | - | | | | | | **Unknown** |
| Account No. | | | **Michael M. Freeman, AIA Padgett & Freeman Architects, PA 30 Choctaw Street Asheville, NC 28801** | | | | |
| **Representing: Haywood Community College** | | | | | | | |
| Account No. | | | **Patrick U. Smathers, P.A. 118 Main St, Ste B Canton, NC 28716** | | | | |
| **Representing: Haywood Community College** | | | | | | | |

Sheet no. __24__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,094.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Haywood Community College** | | | Penry Riemann, PLLC 510 Glenwood Ave., Ste. 319 Raleigh, NC 27603 | | | | |
| Account No. **Heat Transfer Sales P.O. Box 8608 Greensboro, NC 27419-0608** | - | | Trade Creditor | | | | 1,123.94 |
| Account No. **Hickory Auto Repair 22 17th Street NW Hickory, NC 28601** | - | | Trade Creditor | | | | 5,825.57 |
| Account No. **Hickory Home & Garden Center 336 Hwy. 321 NW Hickory, NC 28601** | - | | Trade Creditor | | | | 437.94 |
| Account No. **Hickory Steel Erectors P.O. Box 2582 Hickory, NC 28603** | - | | Trade Creditor | | | | 1,668.61 |

Sheet no. __25__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,056.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hickory Wrecker Service**<br>**254 10th Street Place NW**<br>**Hickory, NC 28601** | - | | **Trade Creditor**<br>**Holding wrecked truck** | | | | 650.00 |
| Account No.<br><br>**Home Builders Association**<br>**3145 Tate Blvd SE**<br>**Hickory, NC 28602-1462** | - | | **Trade Creditor** | | | | 450.00 |
| Account No.<br><br>**Howden Buffalo Inc.**<br>**P.O. Box 752157**<br>**Charlotte, NC 28275-2157** | - | | **Trade Creditor** | | | | 2,016.01 |
| Account No.<br><br>**Huntington-Copper-Moody-Maguire**<br>**4770 Duke Drive, Ste. 390**<br>**Mason, OH 45040** | - | | **Trade Creditor** | | | | 5,792.72 |
| Account No.<br><br>**ICI Dulux Paint Centers**<br>**P.O. Box 905066**<br>**Charlotte, NC 28290-5066** | - | | **Trade Creditor** | | | | 65.49 |

Sheet no. __26__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,974.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor | | | | |
| **Impressions Printing, Inc 7530 Horseshoe Bend Vale, NC 28168** | | - | | | | | 81.28 |
| Account No. | | | Trade Creditor | | | | |
| **Industrial Distribution Group P.O. Box 671555 Dallas, TX 75267-1555** | | - | | | | | 704.51 |
| Account No. | | | Hatmaker & Associates 1156 South US 1 Vero Beach, FL 32962 | | | | |
| **REPRESENTING: Industrial Distribution Group** | | | | | | | |
| Account No. | | | Trade Creditor | | | | |
| **Information Technology SE -EPROC P.O. Box 752167 Charlotte, NC 28275-2167** | | - | | | | | 233.40 |
| Account No. | | | Trade Creditor | | | | |
| **Jackson-Hale Environ Tech P.O. Box 1839 Clemmons, NC 27012** | | - | | | | | 19,081.17 |

Sheet no. __27__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    20,100.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Creditor | | | | |
| James M. Pleasants Co. P.O. Box 890396 Charlotte, NC 28289-0396 | | - | | | | | | 8,836.00 |
| Account No. | | | | Trade Creditor | | | | |
| James Oxygen & Supply Co P.O. Box 159 Hickory, NC 28603-0159 | | - | | | | | | 724.44 |
| Account No. | | | | Trade Creditor | | | | |
| Jimbuilt Machines, Inc. 2555 Israel Chapel Road Connelly Springs, NC 28612 | | - | | | | | | 84.00 |
| Account No. | | | | Trade Creditor | | | | |
| John Allison Air Conditioning P.O. Box 416 Hickory, NC 28603 | | - | | | | | | 2,000.00 |
| Account No. | | | | Notice only | | | | |
| John S. Clark Company LLC P.O. Box 1468 Mount Airy, NC 27030 | | - | | | | | | 0.00 |

Sheet no. __28__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,644.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**
                                                                          ,  Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Creditor | | | | |
| Johnson Controls, Inc. York International P.O. Box 30670 New York, NY 10087-0670 | | - | | | | | | 45,818.00 |
| Account No. | | | | Trade Creditor | | | | |
| Keever's Key & Repair Service P.O. Box 662 Hickory, NC 28603 | | - | | | | | | 110.00 |
| Account No. | | | | Trade Creditor | | | | |
| Kerr's Hickory Concrete Co. P.O. Box 1924 Hickory, NC 28603 | | - | | | | | | 91.94 |
| Account No. | | | | Trade Creditor | | | | |
| Klingspor Abrasives, Inc. P.O. Box 2367 Hickory, NC 28603-2367 | | - | | | | | | 92.60 |
| Account No. | | | | Trade Creditor | | | | |
| KS Piping Supply, Inc. P.O. Box 1700 Lenoir, NC 28645 | | - | | | | | | 101.41 |

Sheet no. __29__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              46,213.95

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor | | | | |
| Lee Valve Company P.O. Box 9323 Charlotte, NC 28299 | | - | | | | | 701.29 |
| Account No. | | | Trade Creditor | | | | |
| Lenoir Tractor & Bobcat 555 Wilkesboro Blvd, NE Lenoir, NC 28645 | | - | | | | | 13.41 |
| Account No. | | | Trade Creditor | | | | |
| Link Boiler & Mechanical P.O. Box 1791 Hickory, NC 28603 | | - | | | | | 36.72 |
| Account No. **xxx-xxxx-xxx1690** | | | Trade Creditor | | | | |
| Lowe's Business Account P.O. Box 530970 Atlanta, GA 30353-0970 | | - | | | | | 11,710.81 |
| Account No. | | | Trade Creditor | | | | |
| LYF - TYM Building Products P.O. Box 747 Kernersville, NC 27285 | | - | | | | | 92.43 |

Sheet no. __30__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,554.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**M.A. Harris Electrical Service<br>P.O. Box 6121<br>Bethlehem Station<br>Hickory, NC 28603** | - | | | | **Trade Creditor** | | | | 753.66 |
| Account No.<br><br>**Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604** | - | | | | **Trade Creditor** | | | | 915.36 |
| Account No. **xx5640**<br><br>**Marlin Leasing Corp.<br>3720 DaVinci Court, Ste. 175<br>Norcross, GA 30092** | - | | | | **Trade Creditor (Lease of Estimator Software, Roof CAD Software, and Digitizer Software) - Notice Only** | | | | **Unknown** |
| Account No.<br><br>**Representing:<br>Marlin Leasing Corp.** | | | | | **Marlin Leasing Corp.<br>300 Fellowship Road<br>Mt Laurel, NJ 08054** | | | | |
| Account No.<br><br>**Matt Marshall & Company<br>P.O. Box 77357<br>Greensboro, NC 27417-7357** | - | | | | **Trade Creditor** | | | | 770.72 |

Sheet no. __31__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,439.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3700** <br><br> **McMaster-Carr Supply Comp** <br> **P.O. Box 7690** <br> **Chicago, IL 60680-7690** | | - | | Trade Creditor | | | | 209.30 |
| Account No. <br><br> **Representing:** <br> **McMaster-Carr Supply Comp** | | | | **Caine & Weiner** <br> **1699 E. Woodfield Road** <br> **Schaumburg, IL 60173** | | | | |
| Account No. <br><br> **McNichols Co.** <br> **Box 101211** <br> **Atlanta, GA 30392-1211** | | - | | Trade Creditor | | | | 375.60 |
| Account No. <br><br> **Mechanical Contractors of North Carolina, Inc.** <br> **P.O. Box 44478** <br> **Charlotte, NC 28215** | | - | | Trade Creditor | | | | 350.00 |
| Account No. <br><br> **Mechanical Supply Company** <br> **P.O. Box 709** <br> **Matthews, NC 28106** | | - | | Trade Creditor | | | | 946.48 |

Sheet no. __32__ of __44__ sheets attached to Schedule of                    Subtotal                | 1,881.38 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ingold Company, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice only | | | | |
| Media General - North Carolina P.O. Box 188 Hickory, NC 28603 | | - | | | | | | | 0.00 |
| Account No. | | | | | Construction Bond - Notice Only | | | | |
| Merchants Bonding Company 2100 Fleur Drive Des Moines, IA 50321-1158 | | - | | | | | | | Unknown |
| Account No. Representing: Merchants Bonding Company | | | | | Michael E. Fisk, Esq. Merchants Bonding Company 2100 Fleur Drive Des Moines, IA 50321-1158 | | | | |
| Account No. | | | | | Trade Creditor | | | | |
| Metal Roofing Systems, Inc. P.O. Box 1534 Denver, NC 28037 | | - | | | | | | | 3,227.50 |
| Account No. | | | | | Trade Creditor | | | | |
| Michael Kennedy 2033-10 Short Tail Loop Conover, NC 28613 | | - | | | | | | | 1,750.00 |

Sheet no. __33__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,977.50

B6F (Official Form 6F) (12/07) - Cont.

In re __Ingold Company, Inc.__ _____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Trade Creditor | | | | |
| Moss Vernon Boiler Sales P.O. Box 201 Spencer, NC 28159-0201 | - | | | | | | | | 2,197.35 |
| Account No. | | | | | Trade Creditor | | | | |
| Motion Industries, Inc. P.O. Box 404130 Atlanta, GA 30384-4130 | - | | | | | | | | 3,585.74 |
| Account No. | | | | | Trade Creditor (collection suit filed) | | | | |
| Murray Supply Company P.O. Box 15023 Winston Salem, NC 27113 | - | | | | | | | | 136,923.67 |
| Account No. | | | | | Ross Law Firm Ste. 2201, Winston Tower 301 N. Main Street Winston Salem, NC 27101 | | | | |
| Representing: Murray Supply Company | | | | | | | | | |
| Account No. | | | | | Trade Creditor | | | | |
| N. B. Handy P.O. Box 601357 Charlotte, NC 28260-1357 | - | | | | | | | | 73.42 |

Sheet no. __34__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,780.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x3848** <br><br> **NC Department of Transportation** <br> **Fiscal Section - AR Unit** <br> **1514 Mail Service Center** <br> **Raleigh, NC 27699-1514** | | - | | | **Vehicular guardrail damage** | | | | 5,700.00 |
| Account No. <br><br> **Norris, Stewart & Ralston** <br> **P.O. Drawer 1068** <br> **114 N Center Street, Suite 200** <br> **Statesville, NC 28687** | | - | | | **Accounting** | | | | 12,210.00 |
| Account No. **xxxx-xxxx-xxxx-4599** <br><br> **Northern Tool & Equipment** <br> **HSBC Business Solutions** <br> **P.O. Box 5219** <br> **Carol Stream, IL 60197-5219** | | - | | | **Trade Creditor** | | | | 2,003.57 |
| Account No. <br><br> **NRCA** <br> **P.O. Box 809261** <br> **Chicago, IL 60680-9261** | | - | | | **Trade Creditor** | | | | 840.00 |
| Account No. <br><br> **Pace, Inc.** <br> **P.O. Box 560427** <br> **Charlotte, NC 28256-0427** | | - | | | **Trade Creditor** | | | | 2,005.00 |

Sheet no. __**35**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **22,758.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Patrick, Harper & Dixon P.O. Box 218 Hickory, NC 28603 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Philadelphia Life Insurance Company P.O. Box 2887 Houston, TX 77252-2887 | - | | | | | | | 0.00 |
| Account No. | | | | Loans to company - 12/13/05, 5/1/09 | | | | |
| Phoebe I. Spratt 534 10th St Drive NW P.O. Box 2003 Hickory, NC 28603 | - | | | | | | | 208,000.00 |
| Account No. | | | | Trade Creditor | | | | |
| Phoenix Metals Company P.O. Box 932589 Atlanta, GA 31193-2589 | - | | | | | | | 17,153.67 |
| Account No. | | | | CST Co. P.O. Box 33127 Louisville, KY 40232-3127 | | | | |
| Representing: Phoenix Metals Company | | | | | | | | |

Sheet no. __**36**__ of __**44**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **225,153.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx0001** | | | | | **Notice Only** | | | | |
| **Piedmont Natural Gas** P.O. Box 533500 Atlanta, GA 30353-3500 | | - | | | | | | | 0.00 |
| Account No. | | | | | **Trade Creditor** | | | | |
| **R. E. Michel Company, Inc** P.O. Box 2318 Baltimore, MD 21203 | | - | | | | | | | 17,054.12 |
| Account No. | | | | | **Harkey Lambeth, LLP** Suite 300 1043 East Morehead St. Charlotte, NC 28204 | | | | |
| **Representing:** R. E. Michel Company, Inc | | | | | | | | | |
| Account No. | | | | | **Trade Creditor** | | | | |
| **R.K. Hydro-Vac NC, Inc.** P.O. Box 669052 Charlotte, NC 28266 | | - | | | | | | | 10,929.00 |
| Account No. | | | | | **Trade Creditor** | | | | |
| **Recore Electrical Contrac** P.O. Box 1972 Gastonia, NC 28053-1972 | | - | | | | | | | 19,432.26 |

Sheet no. __37__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    47,415.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                                    ,        Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Creditor | | | | |
| **Reliable Fire & Safety**<br>**Kings Mountain Hwy.**<br>**P.O. Box 1393**<br>**Gastonia, NC 28053-1393** | | | - | | | | | | 1,023.57 |
| Account No. | | | | | Trade Creditor | | | | |
| **Rexel USA**<br>**Dept. AT 40254**<br>**Atlanta, GA 31192-0254** | | | - | | | | | | 2,993.19 |
| Account No. | | | | | Trade Creditor | | | | |
| **Roofers Supply of Greenville, Inc.**<br>**P.O. Box 71**<br>**Laurens, SC 29360-0071** | | | - | | | | | | 66,516.13 |
| Account No. | | | | | **Penry Riemann PLLC**<br>**510 Glenwood Avenue, Suite 319**<br>**Raleigh, NC 27603** | | | | |
| **Representing:**<br>**Roofers Supply of Greenville, Inc.** | | | | | | | | | |
| Account No. | | | | | Notice only | | | | |
| **RTC General Contractors**<br>**10425 Cogdill Rd., Ste. 100**<br>**Knoxville, TN 37932** | | | - | | | | | | 0.00 |

Sheet no. __**38**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,532.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ingold Company, Inc.**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Creditor | | | | |
| **S & S Services LLC of TN** **588 New Hope Road** **Hilham, TN 38568** | - | | | | | | | **1,100.00** |
| Account No. | | | | Trade Creditor | | | | |
| **Sanders Electric Mtr. Ser** **285 Wildwood Road** **Lenoir, NC 28645** | - | | | | | | | **99.13** |
| Account No. | | | | Trade Creditor | | | | |
| **Sawmills Hardware & Suppl** **3969 US Hwy. 321-A** **Hudson, NC 28638** | - | | | | | | | **10.63** |
| Account No. | | | | Trade Creditor | | | | |
| **Sharp Business Systems** **Dept. AT 40387** **Atlanta, GA 31192-0387** | - | | | | | | | **381.45** |
| Account No. | | | | Trade Creditor | | | | |
| **Sherwin-Williams Co.** **210 - 1st Ave NE** **Hickory, NC 28601-6208** | - | | | | | | | **50.57** |

Sheet no. __39__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,641.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Sherwin-Williams Co.** | | | | **CST Co. Incorporated** **CST Bldg** **P.O. Box 33127** **Louisville, KY 40232-3127** | | | | |
| Account No. **Shuford's Equipment & Rep** **8595 Brittain Road** **Vale, NC 28168** | | - | | Trade Creditor | | | | 303.14 |
| Account No. **xxxxx2411** **Sprint Nextel** **P.O. Box 4181** **Carol Stream, IL 60197-4181** | | - | | Trade Creditor | | | | 2,733.93 |
| Account No. **Steelcon** **1761 Morris Creek Road** **Granite Falls, NC 28630** | | - | | Trade Creditor | | | | 170.00 |
| Account No. **Structural Steel of Carol** **P.O. Box 1070** **Charlotte, NC 28201-1070** | | - | | Trade Creditor | | | | 6,243.05 |

Sheet no. __40__ of __44__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        9,450.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**  ,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Creditor | | | | |
| **Sunbelt Rentals, Inc.** P.O. Box 409211 Atlanta, GA 30384-9211 | | - | | | | | 31,327.32 |
| Account No. | | | Trade Creditor | | | | |
| **TAF Environmental, Safety Controls, Inc.** P.O. Box 472191 Charlotte, NC 28247 | | - | | | | | 5,429.06 |
| Account No. | | | Trade Creditor | | | | |
| **The UPS Store** #3186 905 Highway 321 NW Hickory, NC 28601 | | - | | | | | 16.46 |
| Account No. | | | Notice only | | | | |
| **The Wall Street Journal** P.O. Box 7030 Chicopee, MA 01021-7030 | | - | | | | | 0.00 |
| Account No. | | | The Wall Street Journal 200 Burnett Road Chicopee, MA 01020 | | | | |
| **Representing:** The Wall Street Journal | | | | | | | |

Sheet no. __41__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36,772.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ingold Company, Inc.**                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**TheBondNetwork**<br>**P.O. Box 6054**<br>**Charlotte, NC 28207** | | - | | **Bond Agent - Notice Only** | | | | **Unknown** |
| Account No.<br><br>**Tommy Franklin**<br>**Super Clean Port-A-Jon's**<br>**369 Jaybird Ln**<br>**Waynesville, NC 28786** | | - | | **Trade Creditor** | | | | **60.00** |
| Account No.<br><br>**Town of Boone**<br>**Drawer 192**<br>**Boone, NC 28607** | | - | | **License Fees** | | | | **50.00** |
| Account No.<br><br>**Trane**<br>**P.O. Box 406469**<br>**Atlanta, GA 30384-6469** | | - | | **Trade Creditor** | | | | **57,666.13** |
| Account No.<br><br>**Representing:**<br>**Trane** | | | | **Wagner, Falconer & Judd**<br>**1700 IDS Center**<br>**80 South 8th Street**<br>**Minneapolis, MN 55042** | | | | |

| | | |
|---|---|---|
| Sheet no. __42__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **57,776.13** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ingold Company, Inc.** _____ ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Trelleborg Coated Systems P.O. Box 1090 Rutherfordton, NC 28139 | - | | | | | | | 0.00 |
| Account No. | | | | Trade Creditor | | | | |
| Unifirst Corporation P.O. Box 584 Newell, NC 28126 | - | | | | | | | 4,051.80 |
| Account No. | | | | Trade Creditor | | | | |
| United Parcel Service P.O. Box 7247-0244 Philadelphia, PA 19170-0001 | - | | | | | | | 10.03 |
| Account No. | | | | Trade Creditor | | | | |
| Vesco P.O. Drawer 1990 Hickory, NC 28603 | - | | | | | | | 100.74 |
| Account No. | | | | Trade Creditor | | | | |
| W. C. Rouse & Son, Inc. P.O. Box 19046 Greensboro, NC 27419-9046 | - | | | | | | | 1,619.82 |

Sheet no. __43__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,782.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Ingold Company, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXXX0147**<br><br>**W.W. Grainger, Inc.**<br>**Dept. 801390147**<br>**Palatine, IL 60038-0001** | - | | **Trade Creditor** | | | | 2,481.24 |
| Account No.<br><br>Representing:<br>**W.W. Grainger, Inc.** | | | **Wholesale Collectors Assoc.**<br>**P.O. Box 48146**<br>**Niles, IL 60714** | | | | |
| Account No.<br><br>**Weeks-Williams-Devore, Inc.**<br>**P.O. Box 987**<br>**Matthews, NC 28106** | - | | **Trade Creditor** | | | | 37,575.00 |
| Account No.<br><br>**Western Carolina Supply Co.**<br>**P.O. Box 699**<br>**Hickory, NC 28603-0699** | - | | **Trade Creditor** | | | | 3,917.43 |
| Account No.<br><br>**Westfield Insurance**<br>**Attn:  Custom Billing Team**<br>**P.O. Box 5001**<br>**Westfield Center, OH 44251** | - | | **Trade Creditor** | | | | 5,504.75 |

Sheet no. __44__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 49,478.42 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,387,402.04 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Ingold Company, Inc.** _____    Case No. _____

Debtor(s)                              Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **August 28, 2009** _____    **/s/ Alice S. Herman** _____

**Alice S. Herman**/**President**

Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

A Better Connection
P.O. Box 2875
Hickory, NC 28603


A SANI-CAN Service, Inc.
8151 Webbs Road
Denver, NC 28037


A-Pennell Crane Service
2367 27th Street NE
Hickory, NC 28601


AAA Cooper Transportation
P.O. Box 102442
Atlanta, GA 30368-2442


ABC Supply Co., Inc.
301 Perimeter Point Blvd
Winston Salem, NC 27105-3543


Abernethy Welding
2267 Welding Shop Rd.
Vale, NC 28168


Accent Imaging, Inc.
6503 Hilburn Drive
Raleigh, NC 27613


Ace Hardware, Inc.
2310 N. Center St.
Hickory, NC 28601


Aiken-Black Tire Service
P.O. Box 1605
Hickory, NC 28603


Airgas National Welders
P.O. Box 601985
Charlotte, NC 28260-1985


Alice S. Herman
35 Loudonya Lane
P.O. Box 1234
Hickory, NC 28603

All Glass Inc.
262 1st Avenue SE
Hickory, NC 28602


Allied Industrial Supply, Inc.
P.O. Box 3525
Hickory, NC 28603


Alvarez Roofing Co.
1247 First Street
Eden, NC 27288


American Industries, Inc.
P.O. Box 1405
Lumberton, NC 28359-1405


American Interstate Insurance
Attention: Treasury Dept.
P.O. Drawer 1570
Deridder, LA 70634-1570


American South General Contractors, Inc.
P.O. Drawer 10
Sanford, NC 27331


Anything Office, Inc.
P.O. Box 898
Lenoir, NC 28645


Archie W. Seagle
4849 Free Mason Road
Hudson, NC 28638


AT&T
P.O. Box 9001309
Louisville, KY 40290-1309


Auby Mosteller
4291 Horseshoe Bend Road
Hudson, NC 28638


B & S Boiler Repair
3630 Herman Sipe Road
Conover, NC 28613

Bank of Granite
P.O. Box 578
Hickory, NC 28603

Barney M. Spratt, Jr.
No. 5, 1723 South Ponce de Leon Ave., NE
Atlanta, GA 30307

BB&T Cline Southern
P.O. Box 890635
Charlotte, NC 28289-0635

BB&T Cline Southern Ins. Services
1119 2nd Street NE
Hickory, NC 28601

Bearing Distributors, Inc
P.O. Box 887
Columbia, SC 29202

Benco Steel, Inc.
P.O. Box 2053
Hickory, NC 28603

Best Distributing Co.
P.O. Box 75368
Charlotte, NC 28275-0368

Betty P. Reep
2045 Montclair Circle
Hickory, NC 28602

Big Rock Supply
330 Meyer Road
Bensenville, IL 60106

Black Pontiac Buick GMC
809 Salisbury Rd.
Statesville, NC 28625

Blackmon Services Inc
1601 Cross Beam Drive
Charlotte, NC 28217

Blue Cross Blue Shield of
Group Insurance Services, Inc
P.O. Box 580017
Charlotte, NC 28258-0017


Bobby H. White Jr
2601 Zion Church Road
Hickory, NC 28602


Bobby H. White Sr
178 Cedar Valley Road
Hudson, NC 28638


Bolt & Tool Supply of Hickory
416 9th Street SE
Hickory, NC 28602


Bradco Supply Corporation
P.O. Box 281328
Atlanta, GA 30384-1328


Brian D. Price
105 Sipe Rd
Taylorsville, NC 28681


Brian McReynolds
3895 Clay St
Claremont, NC 28610-8010


Builders Mutual Insurance Company
P.O. Box 900017
Raleigh, NC 27675-9017


Bureau Veritas -
One CIS Insurance
P.O. Box 277908
Atlanta, GA 30384-7908


Burnham Commercial
Burnham Holdings
1241 Harrisburg Pike
Lancaster, PA 17604

Bush Inc.
2581 Hickory Blvd. SE
Lenoir, NC 28645

Cadcopy & Supply
513 South Dekalb St
Shelby, NC 28150

Caine & Weiner
1699 E. Woodfield Road
Schaumburg, IL 60173

Caldwell County
Bldg Inspection Dept.
P.O. Box 2200
Lenoir, NC 28645

Caldwell County Railroad
107 Inglewood Drive
Morganton, NC 28655

Caldwell County Schools
1914 Hickory Blvd SW
Lenoir, NC 28645

Canipe & Lynn Electric Motor
P.O. Box 1422
Hickory, NC 28603-1400

Carol Ray Hildebran
8206 Payton Ln
Connelly Springs, NC 28612-7790

Carolina Connections, Inc
P.O. Box 1604
Mount Airy, NC 27030

Carolina Construction
P.O. Box 1058
Hickory, NC 28603

Carolina Tractor & Equipment Co.
P.O. Box 75054
Charlotte, NC 28275-0054

Carrier North Carolina
P.O. Box 905957
Charlotte, NC 28290-5957


Catawba County Board of Education
P.O. Box 1010
Newton, NC 28658


Catawba County Tax Collector
P.O. Box 580510
Charlotte, NC 28258-0510


Catawba County Tax Collector
P.O. Box 368
Newton, NC 28658-0368


Catawba Valley Building Supply
345 First Avenue S.W.
Hickory, NC 28602


Catawba Valley Supply, Inc.
P.O. Box 326
Newton, NC 28658


CBSA Architects
P.O. Box 1239
Hickory, NC 28603


CBSA Architects
226 Second Street, NW
Hickory, NC 28601


CC Dickson Co.
P.O. Box 13501
Rock Hill, SC 29731-3501


Charles Alton Ellis
116 Fox Fire Lane
Kings Mountain, NC 28086


Charles Byrd
424 20th Ave NE
Hickory, NC 28601

Charles Ray Hildebran
954 Airport Rhodhiss Rd
Hickory, NC 28601


Charlotte Observer
P.O. Box 70098
Charlotte, NC 28272-0098


Charlotte Valve & Fitting
Ridge Valve & Fitting
806 Blakely Court
Knoxville, TN 37924


Charter Communications
P.O. Box 9001941
Louisville, KY 40290-1941


Chem-Dry of Lake Hickory
3806 Steve Ikerd Drive
Hickory, NC 28601


City of Hickory
P.O. Box 398
Hickory, NC 28603


City of Morganton
P.O. Drawer 3448
Morganton, NC 28680-3448


CMI DBA American Staffing
c/o Grandsouth Bank
P.O. Box 16659
Greenville, SC 29606


Comfort Inn & Suites
100 Tower Drive
Danville, VA 24540


Commercial Roofing Products, Inc.
P.O. Box 884
Winston Salem, NC 27102-0884


Computerplus Sales & Serv
5 Northway Court
Greer, SC 29651

Connie A. Morrison
225 Ashbrook Rd
Statesville, NC 28677

Conover Construction & Roofing
1168 27th Street Drive SE
Hickory, NC 28602

Construction Metal Products
2204 West Front Street
Statesville, NC 28677

Conway Freight
P.O. Box 982020
North Richland Hills, TX 76182

Country Town Tire & Auto
125 8th St Dr S.E.
Hickory, NC 28602

CPI Security Systems
P.O. Box 580375
Charlotte, NC 28258-0375

Crane & Rigging Corporation
P.O. Box 1848
Yadkinville, NC 27055

Crawford Sprinkler Co.
P.O. Box 1430
Hickory, NC 28603

Cregger Company, Inc.
P.O. Box 2197
Columbia, SC 29202-2197

CSC Sheet Metal, Inc.
1310 E. Cornwallis Road
Durham, NC 27713

CST Co.
P.O. Box 33127
Louisville, KY 40232-3127

CST Co. Incorporated
CST Bldg
P.O. Box 33127
Louisville, KY 40232-3127


D & L Parts, Inc.
P.O. Box 31816
Charlotte, NC 28231


Danny W. Perkins
P.O. Box 817
Icard, NC 28666


David Carl Light II
4420 Hwy 16 N
Conover, NC 28613


David E. Looper & Company
P.O. Box 3224
Hickory, NC 28603


Davis Trim Shop
P.O. Box 1661
Hickory, NC 28603


Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services
Payment Processing Center
4307 Collection Center
Chicago, IL 60693


Dell Financial Services, L.L.C.
One Dell Way
Round Rock, TX 78682

Dell Financial Services, L.P.
One Dell Way
Round Rock, TX 78682


Dental Blue Select
Attn Billing Department
P.O. Box 2400
Winston Salem, NC 27102


Dover Insulation, Inc.
4597 US 70 West
Marion, NC 28752


Duke Energy
P.O. Box 70515
Charlotte, NC 28272-0515


Dunn & Abee Roofing Equipment
1009 McClelland Ct.
Charlotte, NC 28206


Duro-Last, Inc.
1942 Reliable Pkwy.
Chicago, IL 60686


E.A. Metsger, Builder
P.O. Box 234
Rutherford College, NC 28671


E.L. Hilts & Company
P.O. Box 1789
Hickory, NC 28603-1789


Earnest F. Seats
2831 - 1st Ave Pl NW
Hickory, NC 28601-5616


East Coast Metal Distributor
P.O. Box 277387
Atlanta, GA 30384-7387


EIS Consulting
2435 Plantation Center Drive
Suite 210
Matthews, NC 28105

Elbert Earl Thomas
1120 Basin Creek Dr
Taylorsville, NC 28681-9593


Elements Illustrated, Inc
2714 First Avenue, NW
Hickory, NC 28601


Embarq
P.O. Box 96064
Charlotte, NC 28296-0064


Embarq Yellow Pages
DEX
8400 Innovation Way
Chicago, IL 60682-0084


Employment Security Commission of N.C.
Tax Dept.
Attn: Richard Munns
P.O. Box 26504
Raleigh, NC 27611


Ensco Supply
P.O. Box 671555
Dallas, TX 75267-1555


Espey Hardware & Garden S
Old Hwy 10 West
P.O. Box 97
Hildebran, NC 28637


ExxonMobil Fleet/GECC
Fleet Services
P.O. Box 5727
Carol Stream, IL 60197-5727


Fast Tap of NC, Inc.
7221 Colleton Place
Charlotte, NC 28270


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

Fastest, Inc.
P.O. Box 20843
Wichita, KS 67208-1843


Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Felipe D. Navarro
1840 Simonton Rd Apt E
Statesville, NC 28625-5020


Ferguson Enterprises
P.O. Box 100286
Atlanta, GA 30384-0286


FITEC
P.O. Box 8507
Kalispell, MT 59904


Flowers Auto Parts
P.O. Box 1118
Hickory, NC 28603


FMC
c/o Finish Line Ford
1011 Folger Dr.
Statesville, NC 28625


Foothills Paint & Equipment
P.O. Box 747
Hildebran, NC 28637


Ford Credit
Box 105697
Atlanta, GA 30348-5697


Fred Glen Junior Swink
8166 Wards Gap Road
Connelly Springs, NC 28612


Fred Ray Hildebran
5327 Ruth Dr
Hickory, NC 28602

Fulbright Pest Control Co
P.O. Box 627
Newton, NC 28658


GDS - Forest City
P.O. Box 9001707
Louisville, KY 40290-1707


Gemaire Distributors
2151 West Hillsboro Blvd
Deerfield Beach, FL 33442


General Auditing Bureau
P.O. Box 9658
Minneapolis, MN 55440-9658


GMAC
P.O. Box 674
Minneapolis, MN 55440-0674


GMAC
P.O. Box 9001948
Louisville, KY 40290-1948


Great American Leasing Corp.
P.O. Box 660831
Dallas, TX 75266


Great American Leasing Corp.
P.O. Box 609
Cedar Rapids, IA 52406-0509


Greensboro Plumbing Supply
501 East Washington Street
Greensboro, NC 27401


Greer Janitorial and Maintenance Supply
P.O. Box 714
Lenoir, NC 28645


Griffith's, Inc.
P.O. Box 3424
Hickory, NC 28603

Gulfeagle Supply
P.O. Box 116466
Atlanta, GA 30368-6466


Hahn-Mason Air Systems
P.O. Box 31248
Charlotte, NC 28231-1248


Hajoca Corporation
Dept. AT 40004
Atlanta, GA 31192


Harkey Lambeth, LLP
Suite 300
1043 East Morehead St.
Charlotte, NC 28204


Hatmaker & Associates
1156 South US 1
Vero Beach, FL 32962


Haywood Community College
185 Freedlander Dr.
Clyde, NC 28271


Heat Transfer Sales
P.O. Box 8608
Greensboro, NC 27419-0608


Hickory Auto Repair
22 17th Street NW
Hickory, NC 28601


Hickory Home & Garden Center
336 Hwy. 321 NW
Hickory, NC 28601


Hickory Steel Erectors
P.O. Box 2582
Hickory, NC 28603


Hickory Wrecker Service
254 10th Street Place NW
Hickory, NC 28601

Home Builders Association
3145 Tate Blvd SE
Hickory, NC 28602-1462


Howden Buffalo Inc.
P.O. Box 752157
Charlotte, NC 28275-2157


Huntington-Copper-Moody-Maguire
4770 Duke Drive, Ste. 390
Mason, OH 45040


ICI Dulux Paint Centers
P.O. Box 905066
Charlotte, NC 28290-5066


Impressions Printing, Inc
7530 Horseshoe Bend
Vale, NC 28168


Industrial Distribution Group
P.O. Box 671555
Dallas, TX 75267-1555


Information Technology SE
-EPROC
P.O. Box 752167
Charlotte, NC 28275-2167


Internal Revenue Service
Special Procedures
320 Federal Place
Greensboro, NC 27401


Internal Revenue Service
Atlanta, GA 39901-0002


Internal Revenue Service
P.O. Box 105572
Atlanta, GA 39901-0002


Internal Revenue Service
Cincinnati, OH 45999-0030

Internal Revenue Service
P.O. Box 2502
Memphis, TN 38101


Jackson-Hale Environ Tech
P.O. Box 1839
Clemmons, NC 27012


James Estep
2990 Spring Grove Loop
Connelly Springs, NC 28612


James M. Pleasants Co.
P.O. Box 890396
Charlotte, NC 28289-0396


James Oxygen & Supply Co
P.O. Box 159
Hickory, NC 28603-0159


James R. Mitchell
Boyd & Hassell Indust-Commrc
200 First Ave NW, Ste. 507
Hickory, NC 28601


Jimbuilt Machines, Inc.
2555 Israel Chapel Road
Connelly Springs, NC 28612


John Allison Air Conditioning
P.O. Box 416
Hickory, NC 28603


John S. Clark Company LLC
P.O. Box 1468
Mount Airy, NC 27030


Johnson Controls, Inc.
York International
P.O. Box 30670
New York, NY 10087-0670


K. Lex Teague
3853 Grace Chapel Road
Granite Falls, NC 28630

Kearns Business Solutions
329 Main Avenue NE
Hickory, NC 28601


Kearns Business Solutions
337 W. Main Street
Easley, SC 29640


Keever's Key & Repair Service
P.O. Box 662
Hickory, NC 28603


Kerr's Hickory Concrete Co.
P.O. Box 1924
Hickory, NC 28603


Klingspor Abrasives, Inc.
P.O. Box 2367
Hickory, NC 28603-2367


Kraig J. Hubner
1850 Leonards Fork Church Rd
Crouse, NC 28033


KS Piping Supply, Inc.
P.O. Box 1700
Lenoir, NC 28645


Lance P. Martin, Esq.
Ward and Smith
BB&T Building, Ste. 1403
One West Pack Square
Asheville, NC 28807


Lee Valve Company
P.O. Box 9323
Charlotte, NC 28299


Lenoir Tractor & Bobcat
555 Wilkesboro Blvd, NE
Lenoir, NC 28645


Link Boiler & Mechanical
P.O. Box 1791
Hickory, NC 28603

Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


LYF - TYM Building Products
P.O. Box 747
Kernersville, NC 27285


M.A. Harris Electrical Service
P.O. Box 6121
Bethlehem Station
Hickory, NC 28603


Manufacturers Clearing House
4875 North Elston Ave.
Chicago, IL 60630-2598


Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604


Marlin Leasing Corp.
3720 DaVinci Court, Ste. 175
Norcross, GA 30092


Marlin Leasing Corp.
300 Fellowship Road
Mt Laurel, NJ 08054


Marvin Asa Chapman
124 Catawba Mall Blvd
Hickory, NC 28602


Matt Marshall & Company
P.O. Box 77357
Greensboro, NC 27417-7357


McMaster-Carr Supply Comp
P.O. Box 7690
Chicago, IL 60680-7690


McNichols Co.
Box 101211
Atlanta, GA 30392-1211

Mechanical Contractors of North
Carolina, Inc.
P.O. Box 44478
Charlotte, NC 28215


Mechanical Supply Company
P.O. Box 709
Matthews, NC 28106


Media General - North Carolina
P.O. Box 188
Hickory, NC 28603


Merchants Bonding Company
2100 Fleur Drive
Des Moines, IA 50321-1158


Metal Roofing Systems, Inc.
P.O. Box 1534
Denver, NC 28037


Michael E. Fisk, Esq.
Merchants Bonding Company
2100 Fleur Drive
Des Moines, IA 50321-1158


Michael E. Wright
5424 Glenview Dr
Hickory, NC 28602


Michael Kennedy
2033-10 Short Tail Loop
Conover, NC 28613


Michael L. Robinson, Esq.
Robinson & Lawing, LLP
101 N. Cherry St. Ste. 720
Winston Salem, NC 27101


Michael Lee Webb
224 16th St SW
Hickory, NC 28602

Michael M. Freeman, AIA
Padgett & Freeman Architects, PA
30 Choctaw Street
Asheville, NC 28801


Michael R. Wright
111 Wooded Lane
Shelby, NC 28152


Milton Wesley Setzer
15 Circle St
Granite Falls, NC 28630


Moss Vernon Boiler Sales
P.O. Box 201
Spencer, NC 28159-0201


Motion Industries, Inc.
P.O. Box 404130
Atlanta, GA 30384-4130


Murray Supply Company
P.O. Box 15023
Winston Salem, NC 27113


N. B. Handy
P.O. Box 601357
Charlotte, NC 28260-1357


NC Child Support Centralized Collections
P.O. Box 9000012
Raleigh, NC 27675-9012


NC Department of Revenue
Attn:  USUB Bldg. 8
5111 Nations Crossing
Charlotte, NC 28217


NC Department of Transportation
Fiscal Section - AR Unit
1514 Mail Service Center
Raleigh, NC 27699-1514

NC Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640


Norris, Stewart & Ralston
P.O. Drawer 1068
114 N Center Street, Suite 200
Statesville, NC 28687


Northern Tool & Equipment
HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


NRCA
P.O. Box 809261
Chicago, IL 60680-9261


Pace, Inc.
P.O. Box 560427
Charlotte, NC 28256-0427


Patrick U. Smathers, P.A.
118 Main St, Ste B
Canton, NC 28716


Patrick, Harper & Dixon
P.O. Box 218
Hickory, NC 28603


Penry Riemann PLLC
510 Glenwood Avenue, Suite 319
Raleigh, NC 27603


Penry Riemann, PLLC
510 Glenwood Ave., Ste. 319
Raleigh, NC 27603


Philadelphia Life Insurance Company
P.O. Box 2887
Houston, TX 77252-2887

Phoebe I. Spratt
534 10th St Drive NW
P.O. Box 2003
Hickory, NC 28603


Phoenix Metals Company
P.O. Box 932589
Atlanta, GA 31193-2589


Piedmont Natural Gas
P.O. Box 533500
Atlanta, GA 30353-3500


R. E. Michel Company, Inc
P.O. Box 2318
Baltimore, MD 21203


R.K. Hydro-Vac NC, Inc.
P.O. Box 669052
Charlotte, NC 28266


Recore Electrical Contrac
P.O. Box 1972
Gastonia, NC 28053-1972


Reliable Fire & Safety
Kings Mountain Hwy.
P.O. Box 1393
Gastonia, NC 28053-1393


Rexel USA
Dept. AT 40254
Atlanta, GA 31192-0254


Richard A. Pelfrey
12 West Highland Ave.
Granite Falls, NC 28630


Richmond North Associates
P.O. Box 963
Amherst, NY 14226-0963


Roofers Supply of Greenville, Inc.
P.O. Box 71
Laurens, SC 29360-0071

Ross Law Firm
Ste. 2201, Winston Tower
301 N. Main Street
Winston Salem, NC 27101


RTC General Contractors
10425 Cogdill Rd., Ste. 100
Knoxville, TN 37932


Ruby M. Burns
P.O. Box 872
Granite Falls, NC 28630


S & S Services LLC of TN
588 New Hope Road
Hilham, TN 38568


Sanders Electric Mtr. Ser
285 Wildwood Road
Lenoir, NC 28645


Sarah L. DiFranco, Esq.
Poyner Spruill
301 S. College Street, Ste. 2300
Charlotte, NC 28202-6021


Sawmills Hardware & Suppl
3969 US Hwy. 321-A
Hudson, NC 28638


Sharp Business Systems
Dept. AT 40387
Atlanta, GA 31192-0387


Sherwin-Williams Co.
210 - 1st Ave NE
Hickory, NC 28601-6208


Shuford's Equipment & Rep
8595 Brittain Road
Vale, NC 28168


Sprint Nextel
P.O. Box 4181
Carol Stream, IL 60197-4181

Steelcon
1761 Morris Creek Road
Granite Falls, NC 28630


Steven Scott Clay
501C Highridge Drive
Morganton, NC 28655


Structural Steel of Carol
P.O. Box 1070
Charlotte, NC 28201-1070


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419-3247


T. Dean Amos, Esq.
Young, Morphis, Bach & Taylor
P.O. Drawer 2428
Hickory, NC 28603


TAF Environmental, Safety Controls, Inc.
P.O. Box 472191
Charlotte, NC 28247


The UPS Store
#3186
905 Highway 321 NW
Hickory, NC 28601


The Wall Street Journal
P.O. Box 7030
Chicopee, MA 01021-7030


The Wall Street Journal
200 Burnett Road
Chicopee, MA 01020


TheBondNetwork
P.O. Box 6054
Charlotte, NC 28207

Thomas F. Rykaceski
3817 31st St Lane NE
Hickory, NC 28601


Timothy Hopper
105 Myers St
Kings Mountain, NC 28086


Tommy Franklin
Super Clean Port-A-Jon's
369 Jaybird Ln
Waynesville, NC 28786


Tony L. Moore
1238 Beechwood Drive
Newton, NC 28658


Town of Boone
Drawer 192
Boone, NC 28607


Trane
P.O. Box 406469
Atlanta, GA 30384-6469


Transworld Systems, Inc.
8801 JM Keynes Dr., #300
Charlotte, NC 28262


Trelleborg Coated Systems
P.O. Box 1090
Rutherfordton, NC 28139


Unifirst Corporation
P.O. Box 584
Newell, NC 28126


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


Vesco
P.O. Drawer 1990
Hickory, NC 28603

W. C. Rouse & Son, Inc.
P.O. Box 19046
Greensboro, NC 27419-9046


W.W. Grainger, Inc.
Dept. 801390147
Palatine, IL 60038-0001


Wagner, Falconer & Judd
1700 IDS Center
80 South 8th Street
Minneapolis, MN 55042


Wayne Burns
4490 Burns Rd
Granite Falls, NC 28630


Wayne S. Winkler
13 Central Avenue
Granite Falls, NC 28630


Weeks-Williams-Devore, Inc.
P.O. Box 987
Matthews, NC 28106


Western Carolina Supply Co.
P.O. Box 699
Hickory, NC 28603-0699


Westfield Insurance
Attn: Custom Billing Team
P.O. Box 5001
Westfield Center, OH 44251


Wholesale Collectors Assoc.
P.O. Box 48146
Niles, IL 60714